### RAOUL vs. DANBOIS.

SPRING 1812.
T. District.

*I. Baldwin*, moved to set aside a judgment by default, on an affidavit of the defendant, that he had a good and equitable defence.

*Hopkins*, for the plaintiff. The affidavit is insufficient, the cause ought to be set forth. The Court always require it, on a motion for a new trial. 1 *Martin*, 148. *André* vs. *Bienvenu*.

*Defendant's affidavit, of a good & equitable defence, will not set aside a judgment by default.*

*By the Court.* The case of a new trial is not perfectly analogous, because the presumption which arises from the verdict or judgment of the Court, is much stronger than that which results from the delay or neglect of the party: but, by the act of 1805, ch. 46, sect. 4, a judgment by default is to be set aside, on *shewing*, not on *alledging* good cause.

MOTION DENIED.

